IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:11CR594 |
| | ) | 29 U.S.C. §501(c) |
| vs. | ) | |
| | ) | |
| **ROBIN A. MILLS** | ) | **INDICTMENT** |

### INTRODUCTION TO THE INDICTMENT

At all times material to this indictment:

1. International Brotherhood of Electrical Workers Local 1591 was a labor organization engaged in an industry affecting interstate commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. §401, et seq.

2. The defendant, **ROBIN A. MILLS**, was the President and Business Manager of International Brotherhood of Electrical Workers Local 1591.

### COUNT 1
(Theft of Union Funds)

THE GRAND JURY CHARGES:

1. The introduction of this Indictment is re-alleged and made a part of this count.

2. From January 4, 2004 through May 31, 2006, in the District of South Carolina, the defendant, **ROBIN A. MILLS**, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of

International Brotherhood of Electrical Workers Local 1591 in the approximate amount of $49,287.88;

In violation of Title 29, United States Code, Section 501(c).

A \_\_\_\_\_True\_\_\_\_\_ BILL

FOREPERSON

WILLIAM N. NETTLES (DHS)
UNITED STATES ATTORNEY